Entered on Docket
August 13, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



```
 1  STEVEN W. PITE (CA SBN 157537)
    DAVID E. McALLISTER (CA SBN 185831)
 2  KATHERINE L. JOHNSON (CA SBN 259854)
    PITE DUNCAN, LLP
 3  4375 Jutland Drive, Suite 200
    P.O. Box 17933
 4  San Diego, CA 92177
    Telephone: (858)750-7600
 5  Facsimile: (619) 590-1385
```

Signed and Filed: August 12, 2009

_____
**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

Attorneys for DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2007-1 MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>LAWRENCE G. ROBERTS,<br><br><br><br><br><br><br><br>Debtor(s). | Case No. 09-31393<br><br>Chapter 7<br><br>R.S. No. KLJ-132<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE: July 27, 2009<br>TIME: 1:00 pm<br><br>Northern District of California - San Francisco Division<br>United States Bankruptcy Court<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

The above-captioned matter came on for hearing on July 27, 2009, at 1:00 pm, upon the Motion of Deutsche Bank National Trust Company as Trustee for American Home Mortgage Assets Trust 2007-1 Mortgage-Backed Pass-Through Certificates, Series 2007-1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Lawrence G. Roberts ("Debtor") commonly known as 170 Sunrise Drive, Woodside, California 94062 (the "Real Property"), which is legally described as follows:

- 1 -

1   SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 26.

3   Appearances as noted on the record.

4   Based on the arguments of counsel, and good cause appearing therefor,

5   IT IS HEREBY ORDERED:

6   1.   The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

8   2.   Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

10  3.   The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

11  4.   Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

13  5.   Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

15  6.   Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

** END OF ORDER **

# COURT SERVICE LIST

**ATTORNEY FOR MOVANT**

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177

**DEBTOR(S)**

Lawrence G. Roberts
170 Sunrise Ct.
Woodside, CA 94062

**DEBTOR(S) ATTORNEY**

James F. Beiden Esq.
Law Offices of James F. Beiden
840 Hinckley Rd. #245
Burlingame, CA 94010

**CHAPTER 7 TRUSTEE**

Janina M. Elder
P.O. Box 158
Middletown, CA 95461

**TRUSTEE ATTORNEY**

Reidun Stromsheim
Law Offices of Stromsheim and Assoc.
201 California St. #350
San Francisco, CA 94111

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
235 Pine Street, Suite 700
San Francisco, CA 94104

**NOTICE ONLY**

San Mateo County Tax Collector
555 County Center, 1st Fl
Redwood City, CA 94063