JANINA M. HOSKINS, fkna JANINA M. ELDER
CHAPTER 7 TRUSTEE
P.O. Box 158
Middletown, CA 95461

Telephone: (707) 569-9508
Email: Jmelder7@aol.com

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ROBERTS, LAWRENCE G. ) | Case No. 09-31393 |
| ) | Chapter 7 |
| Debtor. ) | |

**NOTICE OF NAME CHANGE BY CHAPTER 7 TRUSTEE**

COMES NOW, Janina M. Hoskins, formerly known as Janina M. Elder, and gives formal notice to all parties interest that the name of the Chapter 7 Trustee in the above-reference case has changed from Janina M. Elder, to Janina M. Hoskins. EFFECTIVE December 1, 2010.

Dated: December 1, 2010    By  /s/ Janina M. Hoskins
                                JANINA M. HOSKINS

NOTICE OF NAME CHANGE OF C. 7 TRUSTEE